1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   EDWARD THOMAS TALLEY
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )  CR. NO. S-08-186
                                  )
11              Plaintiff,        )  STIPULATION; ORDER
                                  )
12      v.                        )
                                  )  DATE: April 2, 2009
13 EDWARD THOMAS TALLEY,          )  TIME: 9:000 a.m.
                                  )  COURT: Hon. Morrison C. England,
14              Defendant.        )  Jr.
                                  )
15 _____)
                                  )
16                                )

17     Defendant, EDWARD THOMAS TALLEY, through Christopher Haydn-Myer,

18 Attorney At Law, and the United States of America, through United

19 States Attorney Lawrence Brown, agree as follows:

20     It is hereby stipulated that the hearing currently set for April

21 2, 2009, be vacated and a new hearing be scheduled on April 9, 2009 at

22 9:00 a.m.

23     It is further stipulated and agreed between the parties that the

24 time under the Speedy Trial Act should be excluded from today's date to

25 April 9, 2009, under Local Code T4, Title 18, United States Code

26 section 3161(h)(8)(B)(iv), to give the defendant time to further review

27 the discovery and to adequately prepare.

28

Dated: April 1, 2009

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
EDWARD THOMAS TALLEY

DATED: April 1, 2009
LAWRENCE BROWN
Acting United States Attorney

/S/ Christopher Haydn-Myer for
LAWRENCE BROWN
Acting United States Attorney
Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the hearing currently set for April 2, 2009, be vacated and a new hearing be scheduled on April 9, 2009 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to April 9th, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2